In the United States District Court for the Southern District of Illinois

United States of America
PLAINTIFF

v.

14 - 30076 MJR

William Mabie
DEFENDANT.

Defense reply to Gov't response, to defense objections of P.S.R.

P.2, Sheriff Brown breaking 18 USC 1623 is hardly a "Governmental function." Physical impossibility - BEGIN 3p 6/4/08 END 10p 8/4/08 = MAXIMUM 7 hours - 10 man department - thus even if every man involved = 70 hours. Clarks lie to bench of said logs relevance, only to ultimately question Brown of fantasy hours as obstruction. Would not have mattered if Brown was a dairy farmer - same words. We can only guess how it affected sentence + SAME WORDS DECLINED PROSECUTION IN 10TH & 8TH!

P.3. Letters were sent to S.L.M.P.D., and, same EXACT words to USAO E.D. MO. Gov't claims to know what I knew, wrong. "Provoking a response" especially when one has been the victim of crime spree, is not evidence of intent to threaten with unlawful violence, merely a response.
Prodding Mike Deeba, due to his involvement, not due to any investigative authority. FALSELY ACCUSED DEEBA? As soon as Gov't looks, then Gov't can have an opinion. Don't forget, Klein "investigation" found Reisch contradicts Wenstrom in total? Reisch testified. So, which time did Gov't use perjured testimony? In 351 ERW or 30076 MJR?

4. What came out at this trial, is quite different from information available upto 11/10/10. On 10/30/08 Deeba said 304 S. Stephens was "one of his properties" when asked if it

was his residence. 8/4/08 - Bond County tax assessor
stated 304 St. Stephens was in Debbie's name, not Michael's.
There had been a divorce filing in St Louis County Courts,
(which means County resident). 11/10/10 "Utterly done" is not
ambiguous - Mike Deeba misled court and defendant.

OBJECTIONS TO 41 & 48

Defendant used same exact words to USATTY Callahan & AUSA
Ware, and obviously they concur this is not threatening language.
They make no issue 3 years. VIOI AMANBUS ASCENDUS
Defendant made no such statement, ("get you") nor would
anyone - childish. US. Marshalls - at arms length would have
said so. That it took 4 years for this claim to surface
says volumes — absolute garbage - irrelevant - in 8th not 7th.
Volume of letters? Do the math, without phone/E-mail,
letters are sole means. Going on for over 7 years; 375+ weeks,
so a paltry 1 letter a week ..., the fact Gov't does not favor
phrasing is comical - What was Deeba saying Reisch? How
about Anderson's threat to murder dogs, or REALITY OF
GOV'T CRIME TO HARM DEFENDANT EVERY DAY,-
-By manufacturing case! Concealing etc.
   Computer evidence of harm to Police officers? Let's see it!
While gov't is at it, retrieve the dozens of E-mails begging
Joyce & USAO & F.B.I. to move & By the way this was from
2008, I thought we were not going to re-litigate the
ED MO case
F.Y.I. - "Prodding" is not unlawful violence.

41 & 48 cont.

Gov't claims defendant promoted idea "intended to convey a threat".
Really? Actually defense fought the "intended to convey" as
unusaul and ambiguous, it should be intended to threaten
INTENDED recipient, with unlawful violence. The USCA 7TH & my
pen pals - Scalia, Kagan, Kennedy, Roberts, Sotomayer,
should give decision to toss US v MABIE I on this premise.
"Intent to convey" may well doom US v MABIE II.
~ Amber Cronan, was being updated on gov't latest crime, last
I heard one is supposed to contact F.B.I. in these matters.
Just why Cronan contacted Clark (if she did) is baffling.
Request does not ask for Clark to do anything, request is to Cronan.
Shattnik confused statement, Cronan will stop these
crimes, I.E. CLARK OBSTRUCTION, or Clark will in fact swallow
the very documents he lied about existing. Same circumstance
put to Callahan. USAO believes they are above the law.

P.5 Why any Deeba statement, could assume the weight of
   defendant intent is just plain goofy. Besides fact that
   Gov't knows Deeba habitual liar/perjuror, Deeba is not psychic!
   Glosses over certainty that said persons - WARE/BROWN/ANDERSON etc
   really, really, should be prosecuted - along with Clark

P.6 Gov't knows Deeba is again lying, I have never said I
   was going to shoot Deeba, he inferred it, just as I inferred
   he challenged me to a gunfight when Deeba told people
   that I would "END UP IN A DITCH"

      SUPERVISED RELEASE
      There is no known reason why I should not
      address crimes committed against me - A.K.A. - 4:09cR0035/ERW

Defendants Objections P. 7

Slanderous, misleading, and clearly wrong meanings are implied, Gov't own testimony demonstrates no true knowledge of facts, but swears to them anyway - THIS IS PERJURY - SEE US v SMITH (1856 DC MASS), The fact of Misprision, Gov't corruption, and defendants stifled attempts to address are in fact 5K2.10 issues. Gov't speaks of computer searches, good - let's see defendant E-mails - to USAO! Gov't should view receipts, dozens of witnesses then it may "concede" value, then explain why DOC 53 was concealed - TWICE, why Wenstrom and Klein's report are opposites, why Klein never mentioned this etc, - it is a provocative despicable act for Gov't to continue to refer to a serious matter in these means, Not relevant when gov't seeks to keep truth out, Relevant when gov't wants to pump false portrayal - Despicable

Unfounded Accusations?

Klein saw Wenstrom was wrong & I was being stonewalled and continued the stonewall! Reisch pled guilty of the very conduct Klein claimed did not happen!

Reports
Follmers - SEE DOC 53 - where is it?
Cronan claims not on this issue
Steiber is drunk - we did not speak - ZERO "COP OUTS"
Bradley claim waste Follmer fex - not this case

Warning
Please note dates.
This is akin to telling someone to avoid nails in their tires - after tire is flat - MORONIC

3/1/15                    William Mabee

CERTIFICATE OF SERVICE

Now comes attorney Daniel R. Schattnik, and hereby states:

a.      that as stand-by counsel he is electronically filing the preceding pleading via the Court's ECF filing system;

b.      that he is making this filing pursuant to the directive of the Honorable Michael J. Reagan, the presiding District Court Judge; and

c.      the ECF filing system will automatically serve a copy of the filing on AUSA Stephen Clark.

Respectfully submitted,

By: /S/ Daniel R. Schattnik
          Daniel R. Schattnik, #03122234 IL
          Stand-by Counsel
          3 South 6th Street
          Wood River, IL 62095
          (618) 258-1800
          sdil.ecf.mail@gmail.com