IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 14-CR-30076-MJR |
| | ) |
| WILLIAM J. MABIE, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MEMORANDUM REGARDING DEFENDANT'S RECENT BEHAVIOR RELEVANT TO SENTENCING**

Comes now the United States and hereby alerts the Court to three new incidents that the Government believes are relevant to Sentencing.

1. First, following the last hearing on this case, on March 12, 2015, Defendant was removed to the Marshal's cellblock area and was placed in an interview room to speak with his attorney. After removal from the interview room and placement in a cell, Mabie spat on Deputy Marshal Don Berry and was involved in an altercation with Berry and other deputies, as is more fully set forth in Attachment 1 hereto (Incident Report, Form USM-210).

2. Second, Mabie mailed a letter to FBI Special Agent Amber Cronan. See Attachment 2 hereto. The envelope for the letter contains a return address for Mabie at the address for the Alton Jail; the envelope appears to bear a postmark date of March 15, 2015, and contains a stamp, "3/19/15," indicating the date on which it was received at the FBI office in Colorado Springs. In the letter, Mabie made reference to the March 12, 2015, altercation with Berry. On p. 1, Mabie stated: "Don't feel like getting involved? Alright, how does this sound, I take this USM for a 'ride', meaning tie his nigger ass to the bumper and see just what a tough guy he is."

3. Mabie then went on to comment on the 2008 restraining order that he has raised in earlier correspondence and pleadings, and added: "Which Clark will someday eat."

4. On an attachment to the letter (SLMPD Report No. 07-078733), Mabie wrote: "Even if Clark lies way to 15 years & a day the motherfuckers pay dearly. Move Bitch." On the second page of the Report, Mabie wrote: "I will fight to the death." On another page, Mabie wrote: "When I'm released these fucks deal with me unless you get off your dead ass. [¶] – Ware [¶] Reisch [¶] Anderson [¶] Deeba [¶] Supernigger Marshall. [¶] I will be prepared."

5. Thus, Mabie's letter contains numerous additional threats, which should be considered by the Court to increase Mabie's sentence above the Guideline Range. Additionally, the threats to the undersigned should be considered in denying Acceptance of Responsibility and in support of an increase for attempted Obstruction of Justice.

6. Third, Mabie also wrote a letter addressed to "U.S.P.I.S." (United States Postal Inspection Service) in Washington, D.C. See Attachment 3 hereto. The envelope is postmarked March 3, 2015, and contains Mabie's return address at the Alton Jail. The letter makes complaints about Postal Inspector Bruce Follmer, who was the case agent in this case.

7. The letter regarding Follmer made reference to Follmer as a "bitch" and a "liar." At the bottom of the first page, Mabie claimed, "Follmer & AUSA lied to get it [the recent jury conviction in the Southern District of Illinois], & it does not solve the original issue, which involves a gun fight over my stolen equipment. [¶] I am of course going to retrieve said property, if it comes to a gunfight, <u>fine</u>. . . . I know upon release the way to kill a snake is to cut off its head – so . . . who is the head? AUSA Ware? Follmer? Klein? Deeba? Reisch? or Judge Webber/former Mrs. Webber?"

8. At the bottom of the third page of the letter, Mabie demanded: "Independent confirmation, via police officer, that Deeba was dirty . . . or sit on your dead asses – I'll handle it via express method."

9. Reading this letter in conjunction with other letters in this case, it is apparent that this letter contains threats against Follmer and others. This letter, too, may be considered by the Court to increase sentence beyond the Guideline Range, and to deny Acceptance of Responsibility, and to increase sentence for attempted Obstruction of Justice.

10. Mabie is unrepentant and unrelenting in his violent and threatening behavior. Society will be best be served by keeping him incarcerated for the maximum allowable penalty – fifteen years' imprisonment.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

*/s/ Stephen Clark*
STEPHEN CLARK
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone: (618) 628-3700
FAX: (618) 628-3730
E-mail:Stephen.Clark@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 14-CR-30076-MJR |
| WILLIAM J. MABIE, | ) |
| Defendant. | ) |

**Certificate of Service**

I hereby certify that on April 1, 2015, I caused to be electronically filed Government's Memorandum Regarding Defendant's Recent Behavior Relevant To Sentencing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Daniel R. Schattnik:   sdil.ecf.mail@gmail.com

and I hereby certify that on April 1, 2015, I caused to be Fed-exed, the document to the following non-registered participant:

William J. Mabie
#35831-044
Alton Law Enforcement Center
1700 E. Broadway
Alton, IL   62002

    Respectfully submitted,

    STEPHEN R. WIGGINTON
    United States Attorney

    */s/ Stephen Clark*
    STEPHEN CLARK
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, IL 62208
    Phone:   (618) 628-3700
    FAX:      (618) 628-3730
    E-mail:Stephen.Clark@usdoj.gov